UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD WHITWORTH,

    Defendant.

Case No. MJ08-371

DETENTION ORDER

Offenses charged:

Possession of child pornography, and two counts of transportation of a minor across state lines with the intent that such individual engage in unlawful sexual activity.

Date of Detention Hearing: August 19, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has been charged by Indictment with Possession of child pornography, and two counts of transportation of a minor across state lines with the intent that such individual engage in unlawful sexual activity in the Northern District of Alabama, case number CR08-300

DETENTION ORDER -1

KOB. The government has proffered that defendant purchased a one way ticket to California and fled the district of Alabama knowing he was under investigation for the charges herein. Defendant's car was found at the Birmingham Airport containing loaded firearms and a note stating "they won't ever find me." After fleeing to California, defendant began living under another name.

(2) The Court received no information about his personal history, residence, family ties, employment history, or health

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of August, 2008.

                                              s/ BRIAN A. TSUCHIDA
                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge